# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDY BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>　　　　Defendant. | **Case No.: 2:17-cv-00652-MRH** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Candy Brown ("Plaintiff") and OneMain Financial Group, LLC ("Defendant"), by and through counsel, hereby stipulate and agree that all matters herein between them should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

//

//

RESPECTFULLY SUBMITTED,

Dated: May 16, 2018　　　　　　　By:　*/s/ Steven A. Alpert*
　　　　　　　　　　　　　　　　　　　Steven A. Alpert PA #92296
　　　　　　　　　　　　　　　　　　　**Price Law Group, APC**
　　　　　　　　　　　　　　　　　　　6345 Balboa Blvd. Suite 247
　　　　　　　　　　　　　　　　　　　Encino, CA 91316
　　　　　　　　　　　　　　　　　　　alpert@pricelawgroup.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　　　　　*Candy Brown*

| | |
|---|---|
| Dated: May 16, 2018 | By:    */s/Laura A. Lange* |
| | Laura A. Lange PA# 310733 |
| | **MCGUIREWOODS, LLP** |
| | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222 |
| | llange@mcguirewoods.com |
| | *Attorney for Defendant,* |
| | *OneMain Financial, LLC* |