# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDY BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>    Defendant. | Case No.: 2:17-cv-00652-MRH |

## ORDER APPROVING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Candy Brown ("Plaintiff") and OneMain Financial Group, LLC ("Defendant"), by and through counsel, hereby stipulate and agree that all matters herein between them should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

//

//

RESPECTFULLY SUBMITTED,

Dated: May 16, 2018          By:  */s/ Steven A. Alpert*
                                             Steven A. Alpert PA #92296
                                             **Price Law Group, APC**
                                             6345 Balboa Blvd. Suite 247
Approved                          Encino, CA 91316
[signature]                         alpert@pricelawgroup.com
USDJ                                  *Attorney for Plaintiff,*
5/16/18                            *Candy Brown*

- 1 -